IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OMAR M. MELENDEZ, AR 7172, | ) | |
| Petitioner, | ) | No. C 15-0527 CRB (PR) |
| vs. | ) ) | ORDER REGARDING RESPONDENT'S REQUEST |
| B. KOEHN, Warden, | ) | FOR CLARIFICATION |
| Respondent. | ) ) | (Dkt. #8) |

Per order filed on March 16, 2015, the court (Vadas, M.J.) found that petitioner's pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 stated a cognizable claim for violation of his Fifth Amendment rights and Miranda v. Arizona, 384 U.S. 426 (1966), and ordered respondent to show cause why a writ of habeas corpus should not be granted.

Respondent has filed a request for clarification noting that the documents served upon him did not include a petition for a writ of habeas corpus and that none of the documents in the court's ECF System contain a petition for a writ of habeas corpus. Respondent's request for clarification (dkt. #8) is granted. It appears that instead of uploading the petition for a writ of habeas corpus onto the court's ECF System as document number 1, the clerk inadvertently uploaded

1  petitioner's application to proceed <u>in forma pauperis</u> as document number 1 and
2  again as document number 2.  The clerk has corrected the matter and the
3  operative petition for a writ of habeas corpus now appears on the court's ECF
4  System as document number 11.
5     Good cause appearing therefor, respondent shall file with the court and
6  serve on petitioner, within 60 days of the issuance of this order, an answer
7  conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases,
8  showing cause why a writ of habeas corpus should not be granted.  Respondent
9  shall file with the answer and serve on petitioner a copy of all portions of the
10 state trial record that have been transcribed previously and that are relevant to a
11 determination of the issues presented by the petition.
12    If petitioner wishes to respond to the answer, he shall do so by filing a
13 traverse with the court and serving it on respondent within 30 days of his receipt
14 of the answer.
15    Respondent may file a motion to dismiss on procedural grounds in lieu of
16 an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules
17 Governing Section 2254 Cases.  If respondent files such a motion, petitioner must
18 serve and file an opposition or statement of non-opposition not more than 28 days
19 after the motion is served and filed, and respondent must serve and file a reply to
20 an opposition not more than 14 days after the opposition is served and filed.
21 SO ORDERED.
22 DATED:  May 18, 2015                      _____
                                            CHARLES R. BREYER
23                                          United States District Judge

G:\PRO-SE\CRB\HC.15\Melendez, O.15-0527.or1.wpd

2